IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAWANA ALISA MILLS,

    Plaintiff,

vs.                              CASE NO.: 4:07cv345-SPM/WCS

CSG SYSTEMS, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Upon notification by counsel for Plaintiff that this case has settled, pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 27th day of February, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge